IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA

v.

MARCO ANTONIO ARITA

District of Nebraska: 4:04CR3102
Southern District of Georgia: M08-G1

## ORDER

The Court having been advised by the United States Attorney's office in this district that the person taken into custody in this district is not the person named in the warrant for arrest issued by the District of Nebraska, the United States Marshal is authorized and directed to forthwith release Marco Antonio Arita from custody.

SO ORDERED, this 18 day of January, 2008.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)